## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-00193-KD-B |
| | ) | |
| POUNDS WRECKING, INC., | ) | |
|     Defendants. | ) | |

### RULE 54(b) JUDGMENT AS TO POUNDS WRECKING, INC.[1]

In accordance with the Order issued on this date and Doc. 22, as well as after having determined that there is no just reason for delay, it is hereby **ORDERED, ADJUDGED** and **DECREED** that PNC's motion for default judgment against Pounds Wrecking, Inc. (Docs. 17, 23) is **GRANTED in part** and **DENIED in part** such that a **DEFAULT JUDGMENT** is entered against Defendant Pounds Wrecking. Inc. and in favor of Plaintiff PNC Bank, N.A. as follows:

1) **GRANTED** as to PNC's breach of promissory note claim such that PNC is awarded **$151,026.57** ($130,490.64 in outstanding principal, $10,396.42 in unpaid accrued interest, $7,040.51 in late charges, and $3,099 in attorneys' fees), ***plus*** per diem interest at the rate of $24.466995 (from July 30, 2014 through the date of judgment); and

2) **DENIED** as to PNC's request for costs.

The Court has determined that there is no just reason for delay and **DIRECTS** the Clerk to enter final judgment as to Defendant Pounds Wrecking, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Clerk is also **DIRECTED** to provide a copy of this Rule 54(b) Judgment to Defendant Pounds Wrecking, Inc. at its address of record.

**DONE** and **ORDERED** this the **24th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's other claims against individual defendant Joseph G. Pounds remain pending; however, the claims against Mr. Pounds have been stayed per bankruptcy.

1